AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Joseph Edward Wojcicki , | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| SCANA/SCE&G, | |
| *Defendant* | |

Civil Action No.    3:14-00838-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff take nothing of the Defendant and this action is dismissed without prejudice and without

issuance and service of process.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been
reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and
Recommendation that this case be dismissed.

Date: January 17, 2017

*CLERK OF COURT*

s/Angie Snipes

_____

*Signature of Clerk or Deputy Clerk*